UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

Kim-Chee LLC and Yup Chagi Inc. d/b/a
Master Gorino's Pil-Sung Tae-Kwon Do,

           Plaintiff,

v.

Philadelphia Indemnity Insurance Company;
Philadelphia Consolidated Holding Corp. a/k/a
Philadelphia Insurance Companies,

           Defendants.

_____

**NOTICE OF MOTION**

Civil Action No.: 1:20-cv-01136-CCR

Assigned Justice:
Honorable Christina Reiss

Oral Argument Requested

      PLEASE TAKE NOTICE that upon the annexed Affirmation of Sharon Angelino, Esq., dated October 8, 2020, and the accompanying Memorandum of Law, Defendants, Philadelphia Indemnity Insurance Company; and Philadelphia Consolidated Holding Corp. a/k/a Philadelphia Insurance Companies, by their attorneys, Goldberg Segalla, LLP, will move this Court, on a date to be determined by The Court, for an Order, pursuant to Fed. Civ. P. 12(b)(6), dismissing the Plaintiffs' Complaint in its entirety, together with such other and further relief as the Court may deem just and proper.

Dated:  October 8, 2020
         Buffalo, New York

                                      GOLDBERG SEGALLA, LLP

                                      *s/Sharon Angelino*
                         By:  _____
                                Sharon Angelino, Esq.
                                *Attorneys for Defendants*
                                665 Main Street
                                Buffalo, New York 14203
                                P: (716) 566-5400
                                E: sangelino@goldbergsegalla.com

To:    Christopher M. Berloth, Esq.
         Thomas D. Lyons, Esq.

27994025.v1

DUKE HOLZMAN PHOTIADIS
  & GRESENS LLP
*Attorneys for Plaintiffs*
701 Seneca Street, Suite 750
Buffalo, New York 14210
P: (716) 855-1111
E: cberloth@dhpglaw.com
   tlyons@dhpglaw.com

27994025.v1