UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM-CHEE LLC and<br>YUP-CHAGI INC. d/b/a MASTER GORINO'S<br>PIL-SUNG TAE-KWON-DO<br><br>         Plaintiffs,<br><br>- v -<br><br>PHILADELPHIA INDEMNITY INSURANCE<br>COMPANY,<br>PHILADELPHIA CONSOLIDATED HOLDING<br>CORP. a/k/a PHILADELPHIA INSURANCE<br>COMPANIES,<br><br>         Defendants. | MOTION FOR EXTENSION<br>OF PAGE LIMITS<br><br>Civ. Action No.:<br>1:20-cv-01136-CCR<br><br>*Hon. Christina Reiss, Presiding*<br><br>JURY TRIAL DEMANDED |

  Plaintiffs Kim-Chee LLC and Yup-Chagi Inc. d/b/a Master Gorino's Pil-Sung Tae-Kwon-Do (collectively "Plaintiffs"), by and through their attorneys, Duke Holzman Photiadis & Gresens LLP, hereby moves this Court for an Order extending the page limits for Plaintiffs' brief in opposition to the Motion to Dismiss pursuant to Western District of New York Local Rule 7(a)(2)(C).

  PLEASE TAKE FURTHER NOTICE THAT, this motion is submitted on behalf of Plaintiffs.  In support of the application, Plaintiff will rely on (1) this Motion for an extension of page limits and the supporting papers submitted herewith, including: the Declaration of Christopher M. Berloth, Esq., dated October 15, 2020.

- 2 -

Dated: Buffalo, New York
October 15, 2020

                                                    DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: /s/ *Christopher M. Berloth*
     Christopher M. Berloth
     Thomas D. Lyons
     *Attorneys for Plaintiffs*
     *Kim-Chee LLC* and
     *Yup-Chagi Inc. d/b/a*
     *Master Gorino's Pil-Sung Tae-Kwon-Do*
     701 Seneca Street, Suite 750
     Buffalo, New York 14210
     Tel: (716) 855-1111
     cberloth@dhpglaw.com
     tlyons@dhpglaw.com