| | | | |
|---|---|---|---|
| **Kim-Chee LLC et al. v. Philadelphia Indemnity Insurance Company et al., Case No.: 1:20-cv-01136-GWC** | | | |
| **Date Filed** | **District Court Docket No.** | **Proposed Appellate Docket No.** | **Docket Text** |
| 08/24/2020 | 1 | 1 | COMPLAINT against Philadelphia Consolidated Holding Corp., Philadelphia IndemnityInsurance Company $ 400 receipt number 0209-3949320, filed by Kim-Chee LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Policy, # 3 Exhibit B - Virus Exclusion, # 4 Exhibit C - NYC Executive Orders, # 5 Exhibit D - DFS Directive, # 6 Exhibit E - Denial Letter)(Berloth, Christopher) (Entered: 08/24/2020) |
| 08/25/2020 | 2 | 2 | Original Summons Filed. (Berloth, Christopher) (Entered: 08/25/2020) |
| 08/25/2020 | 3 | 3 | Original Summons Filed. (Berloth, Christopher) (Entered: 08/25/2020) |
| 08/25/2020 | 4 | 4 | NOTICE of Appearance by Thomas D Lyons on behalf of All Plaintiffs (Lyons, Thomas)(Entered: 08/25/2020) |
| 09/01/2020 | 5 | 5 | Summons Issued as to Philadelphia Consolidated Holding Corp., Philadelphia IndemnityInsurance Company. (Attachments: # 1 summons)(SG) (Entered: 09/01/2020) |
| 09/04/2020 | 6 | 6 | SUMMONS Returned Executed by Kim-Chee LLC, Yup Chagi Inc.. Philadelphia Indemnity Insurance Company served on 9/3/2020, answer due 9/24/2020. (Berloth,Christopher) (Entered: 09/04/2020) |
| 09/04/2020 | 7 | 7 | SUMMONS Returned Executed by Kim-Chee LLC, Yup Chagi Inc.. PhiladelphiaConsolidated Holding Corp. served on 9/3/2020, answer due 9/24/2020. (Berloth,Christopher) (Entered: 09/04/2020) |
| 09/18/2020 | 8 | 8 | STIPULATION *for Extension of Time to Answer, Move or Otherwise Act* by PhiladelphiaConsolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Angelino, Sharon) (Entered: 09/18/2020) |
| 09/23/2020 | 9 | 9 | Corporate Disclosure Statement by Kim-Chee LLC, Yup Chagi Inc.. (Berloth, Christopher)(Entered: 09/23/2020) |
| 10/06/2020 | 10 | 10 | MOTION to appear pro hac vice *Jeffrey Zachman, Esq.* ( Filing fee $ 200 receipt number0209-4001346.) by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Affidavit of Sharon Angelino (Sponsoring), # 2 Petition of Jeffrey Zachman, # 3 Proposed Order granting PHV, # 4 Civil Cover Sheet) (Angelino, Sharon) (Entered: 10/06/2020) |
| 10/06/2020 | 11 | 11 | MOTION to appear pro hac vice *Richard Fenton, Esq.* ( Filing fee $ 200 receipt number0209-4001489.) by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Affidavit of Sharon Angelino (Sponsoring), # 2 Petition of Richard Fenton, # 3 Proposed Order granting PHV, # 4 Certificate of Service)(Angelino, Sharon) (Entered: 10/06/2020) |
| 10/08/2020 | 12 | 12 | MOTION to Dismiss *Plaintiffs' Complaint* by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Affidavit /Affirmation of Sharon Angelino, Esq., # 2 Exhibit A -- Transcript of May 14, 2020, # 3 Exhibit B -- Order, # 4 Exhibit C -- Transcript of July 1, 2020, # 5 Exhibit D -- Transcript and Order, #6 Exhibit E -- Order, # 7 Memorandum in Support)(Angelino, Sharon) (Entered: 10/08/2020) |
| 10/15/2020 | 13 | 13 | MOTION Page Limit Extension by Kim-Chee LLC, Yup Chagi Inc.. (Attachments: # 1Declaration Christopher M. Berloth, # 2 Motion for Extension)(Berloth, Christopher) (Entered: 10/15/2020) |
| 10/20/2020 | 14 | 14 | CONTINUATION OF EXHIBITS by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. to 10 MOTION to appear pro hac vice *JeffreyZachman, Esq.* ( Filing fee $ 200 receipt number 0209- |

| | | | |
|---|---|---|---|
| | | | 4001346.) *Initial Petition of Jeffrey Zachman* filed by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Exhibit WDNY Civility Principles Oath, # 2 Exhibit Attorney's Oath, # 3 Exhibit Attorney Database Electronic Case Filing Reg. Form.,# 4 Exhibit U.S.D.C. Western District NY Petition)(Angelino, Sharon) (Entered: 10/20/2020) |
| 10/20/2020 | 15 | 15 | CONTINUATION OF EXHIBITS by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. to 11 MOTION to appear pro hac vice *Richard Fenton, Esq.* ( Filing fee $ 200 receipt number 0209-4001489.) *Original Petition of Richard L. Fenton* filed by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Exhibit WDNY Civility Principles Oath, # 2 Exhibit Attorney's Oath, # 3 Exhibit Attorney Database Electronic Case Filing Reg. Form., # 4 Exhibit U.S.D.C. Western District NY Petition)(Angelino, Sharon) (Entered: 10/20/2020) |
| 10/22/2020 | 16 | 16 | TEXT ORDER granting 10 Motion to admit Jeffrey Zachman, Esq. Pro Hac Vice ; granting 11 Motion to admit Richard Fenton, Esq. Pro Hac Vice. Signed by Hon. Christina Reiss on 10/22/20. (SG) (Entered: 10/22/2020) |
| 10/22/2020 | 17 | 17 | RESPONSE in Opposition re 12 MOTION to Dismiss *Plaintiffs' Complaint* filed by Kim-Chee LLC, Yup Chagi Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Memorandum in Support Opposition, # 27 Exhibit A)(Berloth, Christopher) (Entered: 10/22/2020) |
| 10/28/2020 | 18 | 18 | RESPONSE in Opposition re 13 MOTION Page Limit Extension filed by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Angelino, Sharon) (Entered: 10/28/2020) |
| 10/29/2020 | 19 | 19 | REPLY to Response to Motion re 13 MOTION Page Limit Extension filed by Kim-Chee LLC, Yup Chagi Inc.. (Berloth, Christopher) (Entered: 10/29/2020) |
| 10/29/2020 | 20 | 20 | REPLY/RESPONSE to re 12 MOTION to Dismiss *Plaintiffs' Complaint (Reply in Support of Defendants Motion to Dismiss Plaintiffs' Complaint)* filed by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Attachments: # 1 Exhibit A - - Transcript of May 14, 2020 Teleconference)(Angelino, Sharon) (Entered: 10/29/2020) |
| 10/30/2020 | 21 | 21 | TEXT ORDER granting 13 Motion for an extension of the page limitation and granting Defendants' request to extend it's reply deadline for 15 days. Signed by Hon. Christina Reiss on 10/30/20. (SG) (Entered: 10/30/2020) |
| 10/30/2020 | 22 | 22 | NOTICE of Appearance by Adam Ross Durst on behalf of Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company (Durst, Adam) (Entered: 10/30/2020) |
| 11/12/2020 | 23 | 23 | NOTICE of Appearance by Michael T. Glascott on behalf of Philadelphia Indemnity Insurance Company (Glascott, Michael) (Entered: 11/12/2020) |
| 11/20/2020 | 24 | 24 | NOTICE of Appearance by Steven William Klutkowski on behalf of Kim-Chee LLC, Yup Chagi Inc. (Klutkowski, Steven) (Entered: 11/20/2020) |
| 11/20/2020 | 25 | 25 | NOTICE by Kim-Chee LLC, Yup Chagi Inc. *Notice of Related Case* (Attachments: # 1 Exhibit 1 - Motion to Consolidate)(Klutkowski, Steven) (Entered: 11/20/2020) |

| | | | |
|---|---|---|---|
| 11/20/2020 | 26 | 26 | NOTICE by Philadelphia Indemnity Insurance Company (Welch, Eugene) (Entered:11/20/2020) |
| 11/25/2020 | 27 | 27 | NOTICE by Kim-Chee LLC, Yup Chagi Inc. *Notice of Related Case* (Attachments: # 1Exhibit 1 - Reply MOL)(Klutkowski, Steven) (Entered: 11/25/2020) |
| 11/30/2020 | 28 | 28 | REPLY/RESPONSE to re 26 Notice (Other), 25 Notice (Other), 27 Notice (Other) *Objecting to Third-Party Notice of Motion to Consolidate* filed by Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company. (Durst, Adam)(Entered: 11/30/2020) |
| 12/01/2020 | 29 | 29 | CERTIFICATE OF SERVICE by Philadelphia Consolidated Holding Corp., PhiladelphiaIndemnity Insurance Company re 28 Reply/Response, *to Third-Party Notice of Motion toConsolidate* (Durst, Adam) (Entered: 12/01/2020) |
| 12/10/2020 | 30 | 30 | TEXT ORDER REASSIGNING CASE. Case reassigned to Hon. Lawrence J. Vilardo forall further proceedings. Hon. Christina Reiss no longer assigned to case. Signed by Hon. Christina Reiss on 12/10/20. (SG) (Entered: 12/10/2020) |
| 12/16/2020 | 31 | 31 | TEXT ORDER REASSIGNING CASE. Case reassigned to Hon. Geoffrey Crawford forall further proceedings. Hon. Lawrence J. Vilardo no longer assigned to case. SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 12/16/2020. (CMD) (Entered: 12/16/2020) |
| 04/23/2021 | 32 | 32 | ORDER granting 12 Motion to Dismiss. Signed by Hon. Geoffrey Crawford on 4/22/21.(SG) (Entered: 04/23/2021) |
| 04/23/2021 | 33 | 33 | JUDGMENT in favor of Philadelphia Consolidated Holding Corp., Philadelphia Indemnity Insurance Company against Kim-Chee LLC, Yup Chagi Inc. Signed by Mary C.Loewenguth, Clerk of Court on 4/23/21. (SG) (Entered: 04/23/2021) |
| 04/29/2021 | 34 | 34 | NOTICE OF APPEAL as to 33 Judgment, 32 Order on Motion to Dismiss by Kim-CheeLLC, Yup Chagi Inc.. Filing fee $ 505, receipt number 0209-4231847. (Berloth, Christopher) (Entered: 04/29/2021) |